# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150891(64)

EARL H. ALLARD, JR.,
            Plaintiff-Appellant,

v

CHRISTINE A. ALLARD,
            Defendant-Appellee.
_____/

SC: 150891
COA: 308194
Wayne CC: 10-110358-DM

    On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his brief on appeal is GRANTED.  The brief will be accepted as timely filed if submitted on or before September 16, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2015

_____